# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HOLLIGAN,<br><br>        Plaintiff(s),<br><br>v.<br><br>PRIME HEALTHCARE SERVICES NORTH VISTA, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:18-cv-00447-APG-VCF<br><br>**ORDER** |

In light of the order staying this case, Docket No. 9, the early neutral evaluation is hereby **VACATED**.

IT IS SO ORDERED.

Dated: March 21, 2018

                                                                _____
                                                                Nancy J. Koppe
                                                                United States Magistrate Judge