# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD HOLLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTH VISTA HOSPITAL, INC. dba and aka NORTH VISTA HOSPITAL; PRIME HEALTHCARE SERVICES NORTH VISTA, LLC dba and aka NORTH VISTA HOSPITAL; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00447-APG-VCF<br><br>**ORDER DISMISSING CASE** |

On March 20, 2018, I entered an order granting the parties' stipulation to submit this dispute to binding arbitration. I also ordered the parties to explain why the court should retain jurisdiction over this case in light of the arbitration. The parties were notified that the failure to respond would result in dismissal of the case without prejudice. No party responded to my question.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice.

DATED this 4th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE